# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-05277-RJB-1

| | |
|---|---|
| Case title: USA v. West | Date Filed: 08/12/2020 |
| Magistrate judge case number: 3:20-mj-05073-TLF | Date Terminated: 02/26/2021 |

Assigned to: Judge Robert J. Bryan

### Defendant (1)

**Deshawn Lamar West**  
*TERMINATED: 02/26/2021*

represented by **Emily M Gause**  
GAUSE LAW OFFICES PLLC  
631 STRANDER BLVD  
STE G  
TUKWILA, WA 98188  
206-660-8775  
Fax: 206-260-7050  
Email: emily@emilygauselaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| Felon in Possession of a Firearm 18:922(g) (1) (1) | Custody = 46 months, with recommendation for placement at FCI Lompoc; supervised release = 36 months; $100 SPA; fine waived |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Felon in Possession of a Firearm 18:922(g) (1) (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F - Counts 1 & 2: Felon in Possession of a Firearm | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Jessica Murphy Manca**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Email: Jessica.Manca@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2020 | 1 | COMPLAINT as to Deshawn Lamar West (1). (TW) [3:20-mj-05073-TLF] (Entered: 03/27/2020) |
| 03/30/2020 | | Arrest of Deshawn Lamar West on 3/30/2020. (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | | Case unsealed as to Deshawn Lamar West (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 5 | CJA 20 Appointment as to Deshawn Lamar West *(No.pdf image attached):* Appointment of Attorney Emily M Gause for Deshawn Lamar West, Approved by Judge Theresa L Fricke. (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 6 | MOTION for Detention by USA as to Deshawn Lamar West (TW) (Additional attachment(s) added on 3/31/2020: # 1 Exhibit) (TW). [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 7 | NOTICE of Addition of Exhibit 1 as to defendant Deshawn Lamar West re 6 Government's MOTION for Detention. (Service of corrected image is attached). (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 8 | Minute Entry for proceedings held before Judge Theresa L Fricke- CRD: *Traci Whiteley*; AUSA: *Jessica Murphy Manca (via conference call)*; Def Cnsl: *Jerome Kuh for Emily Gause (via conference call)*; PTS: *Jamie Halvorson (via conference call)*; Time of Hearing: *2:30pm*; Courtroom: *F*; Session #: *TAC200330*; **INITIAL APPEARANCE AND DETENTION HEARING** as to Deshawn Lamar West held on 3/30/2020. Defendant present via video conference due to COVID-19 and the General Orders 03-20 and 04-20. Court confirms receipt of Defendant's Waiver of In-Person Appearance and Consent to Proceed by Video/Telephonic Conference. Financial affidavit previously reviewed and counsel appointed. Defendant advised of rights and charges. Argument on the detention issue. For reasons stated on the record, the Court orders the defendant DETAINED. Defendant remanded to custody.<br><br>Preliminary Examination set for 4/13/2020 at 10:00 AM in D Courtroom before Judge J Richard Creatura. (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 9 | WAIVER of In-Person Appearance and Consent to Proceed by Video/Telephonic Conference by defendant Deshawn Lamar West (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |

| | | |
|---|---|---|
| 03/30/2020 | 10 | NOTICE OF INVOCATION OF RIGHTS AT INITIAL APPEARANCE by Deshawn Lamar West (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 03/30/2020 | 11 | Arrest Warrant Returned Executed on 3/30/2020 in case as to Deshawn Lamar West. (TW) [3:20-mj-05073-TLF] (Entered: 03/31/2020) |
| 04/01/2020 | 12 | DETENTION ORDER PENDING TRIAL as to Deshawn Lamar West by Judge Theresa L Fricke. (cc: PTS, USMO) (TW) [3:20-mj-05073-TLF] (Entered: 04/01/2020) |
| 04/22/2020 | 13 | MOTION for Extension of Time to Indict by USA as to Deshawn Lamar West (Attachments: # 1 Proposed Order) Noting Date 5/1/2020, (Manca, Jessica) [3:20-mj-05073-TLF] (Entered: 04/22/2020) |
| 04/22/2020 | 14 | Minute Entry for proceedings held before Judge J Richard Creatura- CRD: *K Miller*; AUSA: *Jessica Manca*; Def Cnsl: *CJA Emily Gause*; Court Reporter: *Barry Fanning*; Time of Hearing: *10:00 AM*; Courtroom: *WebEX Telephonic/Audio Conference*; Defendant present in custody at FDC SeaTac and appears via video conference. Court addresses need for video hearing per COVID-19. Defendant Consents to appear by video. **PRELIMINARY HEARING** as to Deshawn Lamar West held on 4/22/2020. Govn't calls FBI Agent Ben Harrison; witness sworn/testifies. Govn't Exh 1 - Redacted Complaint offered/admitted. Probable cause found as to Counts 1 & 2. Defendant remains in custody at FDC SeaTac. (KAM) [3:20-mj-05073-TLF] (Entered: 04/27/2020) |
| 04/23/2020 | | MOTION REFERRED: as to Deshawn Lamar West re 13 MOTION for Extension of Time to Indict is referred to Judge David W. Christel (TW) [3:20-mj-05073-TLF] (Entered: 04/23/2020) |
| 04/28/2020 | 15 | RESPONSE, by Deshawn Lamar West, to 13 MOTION for Extension of Time to Indict . (Gause, Emily) [3:20-mj-05073-TLF] (Entered: 04/28/2020) |
| 05/08/2020 | 16 | ORDER EXTENDING TIME TO FILE INDICTMENT as to Deshawn Lamar West, re 13 MOTION for Extension of Time to Indict filed by USA, by Judge David W. Christel. (cc: PTS, USPO, USMO) (KEB) [3:20-mj-05073-TLF] (Entered: 05/08/2020) |
| 06/23/2020 | 17 | MOTION for Extension of Time to Indict by USA as to Deshawn Lamar West (Attachments: # 1 Proposed Order) Noting Date 7/3/2020, (Manca, Jessica) [3:20-mj-05073-TLF] (Entered: 06/23/2020) |
| 06/29/2020 | 18 | RESPONSE, by Deshawn Lamar West, to 17 MOTION for Extension of Time to Indict . (Gause, Emily) [3:20-mj-05073-TLF] (Entered: 06/29/2020) |
| 06/30/2020 | | MOTION REFERRED: as to Deshawn Lamar West re 17 MOTION for Extension of Time to Indict is referred to Judge J Richard Creatura (TW) [3:20-mj-05073-TLF] (Entered: 06/30/2020) |
| 06/30/2020 | 19 | REPLY, by USA as to Deshawn Lamar West, TO RESPONSE to 17 MOTION for Extension of Time to Indict (Manca, Jessica) [3:20-mj-05073-TLF] (Entered: 06/30/2020) |
| 07/06/2020 | 20 | ORDER granting 17 Motion for Extension of Time to Seek Indictment; as to Deshawn Lamar West (1), signed by Judge J Richard Creatura. (KAM) [3:20-mj-05073-TLF] (Entered: 07/06/2020) |
| 08/12/2020 | 21 | INDICTMENT as to Deshawn Lamar West (1) counts 1-2. (Attachments: # 1 Status Sheet) (TW) (Entered: 08/13/2020) |
| 08/12/2020 | 22 | **SEALED Signature Page** to 21 Indictment as to Deshawn Lamar West. (TW) (Entered: 08/13/2020) |
| 08/12/2020 | 23 | ORDER CONTINUING DETENTION as to Deshawn Lamar West by Hon. Mary Alice |

| | | |
|---|---|---|
| | | Theiler. (TW) (Entered: 08/13/2020) |
| 08/14/2020 | 24 | Letter scheduling arraignment for defendant Deshawn Lamar West. Arraignment set for 8/25/2020 at 09:00 AM in C Courtroom before Judge David W. Christel. (Manca, Jessica) (Entered: 08/14/2020) |
| 08/25/2020 | 25 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *K Brye*; AUSA: *Hillary Stuart for Jessica Manca*; Def Cnsl: *Emily Gause*; Court Reporter: *Barry Fanning*; Time of Hearing: *10:00 AM*; Session #: *WebEx Audio/Video Conference*; **ARRAIGNMENT VIA WEBEX** as to Deshawn Lamar West (1) Counts 1-2 held on 8/25/2020. Court addresses need for telephonic/video hearing due to COVID-19. Defendant consents to telephonic/video appearance. Defendant advised of charges and penalties. Defendant pleads NOT GUILTY to all charges. Defense Counsel requests discovery pursuant to Local Rule. Defendant remains in custody.<br>Motions due by 9/15/2020, Jury Trial is set for 10/19/2020 at 09:30 AM in Courtroom A before Judge Robert J. Bryan. *Proposed Trial Exhibits Due By:10/19/2020.* Pretrial Conference set for 10/9/2020 at 08:30 AM in Courtroom A before Judge Robert J. Bryan. (KEB) (Entered: 08/25/2020) |
| 09/15/2020 | 26 | Unopposed MOTION to Continue Trial by Deshawn Lamar West. (Attachments: # 1 Proposed Order) Noting Date 9/15/2020, (Gause, Emily) (Entered: 09/15/2020) |
| 09/17/2020 | 27 | ORDER CONTINUING TRIAL DATE as to Deshawn Lamar West re 26 Unopposed MOTION to Continue Trial, signed by Judge Robert J. Bryan. (Jury Trial is RESET for 11/30/2020 at 09:30 AM in Courtroom A before Judge Robert J. Bryan, Motions due by 10/20/2020, Pretrial Conference set for 11/20/2020 at 08:30 AM in Courtroom A before Judge Robert J. Bryan.) (cc: PTS/USPO, USMO)(TC) (Entered: 09/17/2020) |
| 10/07/2020 | 28 | ORDER RESETTING TRIAL DATE as to Deshawn Lamar West by Judge Robert J. Bryan. Jury Trial is RESET for 11/16/2020 at 09:30 AM in Courtroom A before Judge Robert J. Bryan. Telephonic Pretrial Conference set for 11/6/2020 at 08:30 AM before Judge Robert J. Bryan. (cc: PTS/USPO, USMO)(TC) (Entered: 10/07/2020) |
| 10/29/2020 | 29 | NOTICE OF HEARING as to Deshawn Lamar West. (cc: USPO, PTS, USMO) Change of Plea Hearing set for 11/2/2020 at 09:45 AM via Zoom before Judge David W. Christel. (KEB) (Entered: 10/29/2020) |
| 10/30/2020 | 30 | Stipulated MOTION to Authorize Remote Plea Hearing by USA as to Deshawn Lamar West (Attachments: # 1 Proposed Order) Noting Date 10/30/2020, (Manca, Jessica) (Entered: 10/30/2020) |
| 10/30/2020 | 31 | ORDER Authorizing Remote Plea Hearing signed by Judge Robert J. Bryan, granting 30 Motion as to Deshawn Lamar West (1). (TC) (Entered: 10/30/2020) |
| 11/02/2020 | 32 | CONSENT TO RULE 11 PLEA in a felony case as to Deshawn Lamar West (KEB) (Entered: 11/02/2020) |
| 11/02/2020 | 33 | PLEA AGREEMENT as to Deshawn Lamar West (cc: USPO, FLU, AFU) (KEB) (Entered: 11/02/2020) |
| 11/02/2020 | 34 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *Kim Brye*; AUSA: *Jessica Manca*; Def Cnsl: *Emily Gause*; Court Reporter: *Barry Fanning*; Time of Hearing: *9:45 AM*; Session #: *Zoom Audio/Video*; **CHANGE OF PLEA HEARING VIA ZOOM** as to Deshawn Lamar West held on 11/2/2020. Defendant present in custody at FDC SeaTac and appears via video. Court addresses need for video hearing per COVID-19. Defendant consents to appear by video. Defendant placed under oath and advised of rights/charges/penalties; Defendant executes Consent to Rule 11 Plea in a felony case before a U.S. Magistrate Judge; Education = some highschool; Court reviews the plea |

| | | | |
|---|---|---|---|
| | | | agreement; Deshawn Lamar West (1) pleads GUILTY to Count 1. Remaining Counts to be dismissed at sentencing. Court finds the Defendant is competent to enter a guilty plea; Court signs the Report and Recommendation and Counsel have fourteen days to file objections; Court orders the preparation of a Presentence Report. Defendant remanded to custody.<br>Sentencing set for 1/28/2021 at 10:00 AM in Courtroom A before Judge Robert J. Bryan. (KEB) (Entered: 11/02/2020) |
| 11/02/2020 | | 35 | REPORT AND RECOMMENDATION re Plea of Guilty as to Deshawn Lamar West by Judge David W. Christel. (cc: USPO) Noting Date 11/17/2020. (Attachments: # 1 Proposed Acceptance of Plea)(KEB) (Entered: 11/02/2020) |
| 11/02/2020 | | 36 | ORDER FOR SENTENCING PROCEDURE as to Deshawn Lamar West by Judge Robert J. Bryan. (cc: USPO and PTS ) Sentencing set for 1/28/2021 at 10:00 AM in Courtroom A before Judge Robert J. Bryan. (KEB) (Entered: 11/02/2020) |
| 12/02/2020 | | 37 | ORDER OF ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING as to Deshawn Lamar West by Judge Robert J. Bryan. (cc: USPO) (TC) (Entered: 12/02/2020) |
| 12/29/2020 | | 38 | NOTICE OF RESCHEDULED HEARING as to Deshawn Lamar West<br>By request of the parties, Sentencing RESET to 2/26/2021 at 11:00 AM in Courtroom A before Judge Robert J. Bryan. (cc: USPO, PTS, USMO) (TC) (Entered: 12/29/2020) |
| 02/19/2021 | | 41 | SENTENCING MEMORANDUM by USA as to Deshawn Lamar West (Manca, Jessica) (Entered: 02/19/2021) |
| 02/19/2021 | | 42 | SENTENCING MEMORANDUM by Deshawn Lamar West (Attachments: # 1 Exhibit A) (Gause, Emily) (Entered: 02/19/2021) |
| 02/26/2021 | | 43 | Minute Entry for proceedings held before Judge Robert J. Bryan- CRD: *Tyler Campbell*; AUSA: *Jessica Manca*; Def Cnsl: *Emily Gause*; USPO: *Kelly Neumeister*; Court Reporter: *Barry Fanning*; Time of Hearing: *11:00*; **Zoom SENTENCING** held on 2/26/2021 for Deshawn Lamar West (1). Defendant agrees to proceed via video conference. Sentencing guidelines addressed. Recommendations by counsel. Count(s) 1, Custody = 46 months, with recommendation for placement at FCI Lompoc; supervised release = 36 months; $100 SPA; fine waived. Count(s) 2, Dismissed. Defendant advised of appeal rights. Defendant(s) remanded to custody. (TC) (Entered: 02/26/2021) |
| 02/26/2021 | | 44 | JUDGMENT as to Deshawn Lamar West by Judge Robert J. Bryan. (cc: USPO, PTS, FLU, Fin., USMO, Sea Tac Det) (TC) (Entered: 02/26/2021) |